Steven C. Tycksen, #3300
S. Dayn Kelson #8458
ZOLL & TYCKSEN, L.C.
5300 South 360 West, Suite 360
Murray, Utah 84123
Telephone (801) 685-7800
Facsimile (801) 685-7808



JUL 16  11 36 AM '03

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re:  Jay Busch, Debtor. | MOTION FOR RELIEF FROM AUTOMATIC STAY AND ATTORNEY'S FEES, OR IN THE ALTERNATIVE, MOTION TO DISMISS WITH PREJUDICE<br><br>Chapter 13<br>Bankruptcy No. 02T-27006<br>William T. Thurman |
|---|---|

COMES NOW Creditor, Cindy Busch, by and through her attorneys of Zoll & Tycksen, L.C., moves this Court for an Order granting her Motion for Relief from Automatic Stay and Attorney's Fees, or in the Alternative, Motion to Dismiss with Prejudice. A memorandum of points and authorities in support of this motion is attached herewith.

DATED and SIGNED this 14 day of July, 2003.

ZOLL & TYCKSEN

Steven C. Tycksen
Attorneys for Cindy Busch

0227006D59

## CERTIFICATE OF MAILING

I hereby certify that the foregoing Motion for Relief from Automatic Stay and Attorney's Fees, or in the Alternative, Motion to Dismiss with Prejudice was mailed, postage pre-paid to the following identified on the attached bankruptcy mailing Matrix.

on this ___15___ day of July, 2003.

_____Jean Day_____

Label Matrix for USBC
District of Utah
Case 02-27006
Tue Jul 15 08:16:39 MDT 2003

AT&T Broadband
1350 E. Miller Ave.
SLC, UT 84106

America First C.U.
P.O. Box 9199
Ogden, UT 84402

Kevin R. Anderson
32 Exchange Place
Suite 600
Salt Lake City, UT 84111

Jay Busch
4007 S. 5200 W.
West Valley City, UT 84120-4437

Canyon View
1844 E. 9400 S.
Sandy, UT 84070

Capital One Bank
POB 85167
Richmond VA 23285

Cindy Busch
4045 S. Durran Lane
WVC, UT 84120

Columbia House
C/O North Shore
751 Summa Avenue
Westbury, NY 11590

Consultant Radiologists
POB 1169
Bountiful, UT 84011-1169

Countrywide Home Loans
POB 10219
Van Nuys, CA 91410-0219

Diagnostic Radiology
POB 709
Sandy, UT 84091-0709

Dr. Jonathan Horne
9720 S. 1300 E.
Sandy, UT 84094

Dr. Lawrence Mansell
715 E. 3900 S. #211
SLC, UT 84107

Dr. Sandra Talley
352 S. Denver Street 310
SLC, UT 84111

EMC Mortgage Corp.
909 North Hidden Ridge Drive
Ste 200
Irving, TX 75039

EMC Mortgage Corporation
909 Hidden Ridge Dr.
#200
Irving, TX 75038

Gastroenterology Assoc
1250 E. 3900 S. #360
SLC, UT 84124-1356

Granite Credit Union
3675 S. 900 E.
SLC, UT 84106-1964

Paul M. Halliday Jr.
Halliday & Halliday
376 East 400 South
Suite 300
Salt Lake City, UT 84111

Internal Medicine Dept.
P.O. Box 581700
SLC, UT 84158-1700

Kent McDonald
Sandy Counseling
8184 S. Highland Dr.
Sandy, UT 84093

Master Muffler & Brake
C/O CheckRite
P.O. Box 8544
Midvale, UT 84047

Scott B. Mitchell
2469 East 7000 South
Suite 204
Salt Lake City, UT 84121

NCO Financial
POB 41706
Philadelphia, PA 19101

North Summit Ambulance
P.O. Box 95970
South Jordan, UT 84095

Outsource
P.O. Box 166
Ogden, UT 84402

Pioneer Valley ER Phys
C/O Bonneville B&C
P.O. Box 309
Ogden, UT 84402

Pioneer Valley Hospital
C/O BNA Financial
P.O. Box 1295
Murfreesboro, TN 37133

Pioneer Valley Hospital
C/O Outsource
P.O. Box 166
Ogden, UT 84402

Questar
1140 W. 200 S.
POB 3194
SLC, UT 84110-3194

R.C. Willey Home Furn.
POB 65320
SLC, UT 84165-0320

Ronald Wolthius
1011 E. Murray-Holladay
SLC, UT 84117

Smith, Knowles & Hamiltn
4723 Harrison Blvd. #200
Ogden, UT 84403

Southtown Surgery Ctr
POB 71957
SLC, UT 84171-0957

St. Mark's Hospital
1200 E. 3900 S.
SLC, UT 84117

St. Mark's Hospital
C/O NCO Financial
POB 41706
Philadelphia, PA 19101

Steven C. Russell
180 S. 300 W. #170
SLC, UT 84101

Steven Tycksen
5300 W. 360 W. #360
Murray, UT 84123

Superior Bank
C/O Smith, Knowles Hamlt
4723 Harrison Blvd. #200
Ogden, UT 84403

Steven C. Tycksen
Zoll & Tycksen
5300 South 360 West
Suite 360
Salt Lake City, UT 84123

United Compucred
P.O. Box 111100
Cincinnati, OH 45211

United States Trustee
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147

University Hospital Phys
P.O. Box 510726
SLC, UT 84151-0726

University Radiology
P.O. Box 581200
SLC, UT 84158-1200

UofU Hospitals & Clinics
P.O. Box 510721
SLC, UT 84151-0721

Utah Radiology
5801 Fashion Blvd #190
Murray, UT 84107-8116